# ELECTRONIC RECORD

COA # 05-13-01586-CR          OFFENSE: 22.04

STYLE: Sylvia Romero v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: AFFIRMED AS MODIFIED          TRIAL COURT: Criminal District Court No. 6

DATE: 04/17/15          Publish: NO          TC CASE #: F-01-16575-X

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Sylvia Romero v. The State of Texas          CCA #: **816-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 11/25/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**